

Statement Regarding Assistance of Non-Attorney - Local Bankruptcy Rule 1002-1 (Rev. 12/03)    2003 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Kenya Ruiz | Case No.: **2:10-bk-14951-VK** |
| | Chapter: **13** |
| | **STATEMENT REGARDING ASSISTANCE OF NON-ATTORNEY WITH RESPECT TO THE FILING OF BANKRUPTCY CASE** |

**THE DEBTOR/JOINT DEBTOR DOES HEREBY STATE AND REPRESENT:**

❑   I received assistance from a non-attorney in connection with the filing of my bankruptcy case.

1.  I paid the sum of $ _____

2.  I still owe the sum of $ _____

3.  I agreed to turn over or give a security interest in the following property:


4.  The name of the person or the name of the firm that assisted me was:

Name:

Address:

Telephone:

☑   I did not receive assistance from a non-attorney in connection with the filing of my bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at _____Anaheim_____ , California.

Executed on: _____3/30/10_____
                        Date

_Kenya Ruiz_
Kenya Ruiz

```
FILED

MAR 30 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk
```