LAW OFFICES OF GREGORY L. BOSSE
Gregory L. Bosse (SBN: 103641)
940 W. 17th Street, Suite F
Santa Ana, CA 92706
Telephone: (714) 550-9555
Facsimile: (714) 316-1344

Creditor, GREGORY L. BOSSE

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>KENYA RUIZ<br><br>Debtor, | Case No.: 2:10-bk-14951-VK<br><br>AMENDED MOTION IN A CHAPTER 13 CASE TO REOPEN CASE; DECLARATION OF GREGORY L. BOSSE<br><br>[LBR 5010-1] |

1. **Bankruptcy Case Information:**

    a. A petition under chapter 13 was filed on February 11, 2010.

2. **Motion**

    a. The Creditor, Gregory L. Bosse, requests that the court enter an order reopening the case pursuant to 11 U.S.C. § 350(b) and FRBP 5010;

-1-

AMENDED MOTION TO REOPEN CASE; DECLARATION OF GREGORY L. BOSSE

     b.     To allow a determination by this bankruptcy court to determine if monies were charged to Kenya Ruiz (Debtor) that require the court's approval.

DATED: September 23, 2020      **LAW OFFICES OF GREGORY L. BOSSE**

_____
**GREGORY L. BOSSE, ESQ.**
Creditor, in pro per

-2-

**AMENDED MOTION TO REOPEN CASE; DECLARATION OF GREGORY L. BOSSE**

## DECLARATION OF GREGORY L. BOSSE

I, GREGORY L. BOSSE, am the creditor in the above-referenced case. I have personal knowledge of the matters stated below and could and would testify as set forth below if called upon to do so.

1. I make this declaration in support of my request to reopen the instant case to allow a determination by this bankruptcy court to determine if monies were charged to Kenya Ruiz (Debtor) that require the court's approval.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 23rd day of September 2020, at Santa Ana, California.

_____
GREGORY L. BOSSE, Declarant

-3-

AMENDED MOTION TO REOPEN CASE; DECLARATION OF GREGORY L. BOSSE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
940 W. 17th Street, Suite F
Santa Ana, CA 92706

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED MOTION IN A CHAPTER 13 CASE TO REOPEN CASE; DECLARATION OF GREGORY L. BOSSE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 23, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
John J. Menchaca (TR) - jmenchacacpa.com, ca87@ecfcbis.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **September 23, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Adam Dolce, Esq. (Attorney for Debtor, Kenya Ruiz)
Non Profit Legal Services, Inc.
414 Yale Avenue, Suite B
Claremont, CA 91711

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 23, 2020 | Lynn Castro | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE